# United States District Court

__Middle__ DISTRICT OF __Alabama__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

An Express Mail package number ED 988720847 US addressed to "Laura DeYoung, 328 Arthur St, Montgomery, AL 36107"

CASE NUMBER: 2:05 Mj 119-CSC

I, __Stephen P. Mathews__ being duly sworn depose and say:

I am a(n) __Postal Inspector__ and have reason to believe that ( ) on the person of or (X) on the property or premises known as (name, description and/or location)

An Express Mail package number ED 988720847 US addressed to "Laura DeYoung, 328 Arthur St, Montgomery, AL 36107"

In the Middle District of Alabama there is now concealed a certain person or property, namely
(describe the person or property to be seized)

narcotics

which is (state one or more bases for search and seizure set forth under Rule 41(b) of Criminal Procedure)

contraband, the fruits of a crime or things otherwise criminally possessed,

concerning a violation of Title __21__ United States Code, Section(s) __843(b)__. The facts to support a finding of Probable Cause are as follows:

See Attachment 1

Continued on the attached sheet and made a part hereof.    ( X ) Yes    ( ) No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__September 21, 2005__                    at __Montgomery, AL__
Date                                          City and State

__Charles S. Coody, U.S. Magistrate Judge__    _____
Name and Title of Judicial Officer            Signature of Judicial Officer

ATTACHMENT 1

I, Stephen P. Mathews, being duly sworn, hereby depose and say:

1. That I am a duly authorized Postal Inspector with the U.S. Postal Inspection Service. I am currently assigned to the U.S. Postal Inspection Service Office in Birmingham, AL. I have 4 years of experience enforcing federal mail laws and am currently participating in investigations relating to the transportation of controlled substances through the U.S. Mail.

2. That on August 24, 2005, Postal Inspector J. D. Tynan (Montgomery, AL) was contacted by Postal Inspector L. Hirose (Phoenix, AZ) regarding a suspicious Express Mail package mailed to 328 Arthur Street, Montgomery, AL. Based upon information provided by Inspector Hirose, Inspector Tynan contacted the Capitol Heights Post Office, Montgomery, AL and placed a mail watch on the listed address.

3. That on September 27, 2005, Postal Inspectors were contacted by a postal employee at the Capitol Heights Post Office, Montgomery, AL and advised that another Express Mail package had arrived for the suspect address. I contacted the post office in Phoenix, AZ that delivers mail for listed return address and was advised that the return address is fictitious. Based on my experience, drug dealers usually do not put their true return information on packages containing narcotics, in an attempt to disassociate themselves from the narcotics. Additionally, based upon my experience, Phoenix, AZ is a source location for narcotics.

4. That on September 27, 2005, the Express Mail package arrived at the Capitol Heights Post Office, Montgomery, AL. The package is described as follows:

   A. Express Mail Article Number:   ED 988720874 US

   B. Addressed To:                  Laura DeYoung
                                     328 Arthur St
                                     Montgomery, AL 36107

   C. Return Address:                Suzan Long
                                     2344 Michigan Ave
                                     Phx, AZ

   D. Class of Mail:                 Express Mail

   E. Postage Affixed:               $27.30

   F. Size:                          Approximately 9.5" x 8.5" x 8"

    G. Weight:                                                 Approximately 4 pounds, 13 ounces

5. That on September 27, 2005, trained narcotics dog handler Francisco Aponte and his narcotics detector dog "Pyro" conducted an exterior inspection of the above-described package. When the dog examined the above-described package, it alerted, indicating the package contained the scent of controlled substances.

6. That your affiant has been advised of the qualifications of the dog handler and his narcotic detector dog, which are more fully described in Attachment A, which is filed in conjunction herewith and incorporated by reference herein.

7. That based on facts set forth in this affidavit your affiant submits there is probable cause to believe controlled substances are being concealed in the Express Mail package, as described, and seeks the issuance of a search warrant directing the search of the package as described in paragraph 4 and the seizure of the Express Mail package, any controlled substance contained therein, and any enclosed materials relating to the distribution of controlled substances.

8. That the package has been maintained unopened, in the custody of the U.S. Postal Inspection Service pending application for a search warrant.


_____
S. P. Mathews
Postal Inspector


Sworn to and subscribed before me this
27th day of September, 2005, at
Montgomery, AL.

_____
Charles S. Coody
United States Magistrate Judge

**Attachment "A"**

"Pyro" is a male Belgium Malinois, approximately four years old and has been working as a narcotics detector dog since approximately May 1, 2003. He was trained and certified by Montgomery County Sheriff's Office Trainer Thomas D. Davis, K-9 Deputy, Montgomery County Sheriff's Office, Montgomery, Alabama. "Pyro" is certified to detect cocaine, crack, heroin, methamphetamine, and marijuana. He has successfully alerted approximately 16 times.

K-9 Investigator Francisco M. Aponte has been a canine officer with the Montgomery Housing Authority since May 2003, and is currently assigned to the Montgomery, AL HITDA Drug Task Force. Aponte has been a law enforcement officer since approximately 1998. He has worked a narcotics detector dog since January 2002, and has worked "Pyro" since approximately May 2003.