AO 93 (Rev. 5/85) Search Warrant (FACSIMILE)

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/27/05 | 9/27/05 2:05 PM | USPS |

INVENTORY MADE IN THE PRESENCE OF

J.D. TYNAN, POSTAL INSPECTOR

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- EXPRESS MAIL PARCEL # ED 988720874 US
- EXPRESS MAIL TAPE
- PRESTO DEEP FRYER BOX
- PRESTO DEEP FRYER
- ELECTRIC CORD
- SLOTTED SPOON
- VACUUM SEAL BAG
- APPROXIMATELY 1 POUND .4 OZ (GROSS) OF SUSPECTED METHAMPHETAMINE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] U.S. Judge or Magistrate

Oct 3, 2005 Date